EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
FELICIA IVEY, on behalf of herself and
all other similarly situated,

        Plaintiff,

   -against-

SODEXO, INC.,

        Defendant.
----------------------------------------------------------- X

Civil Action No: 7:17-cv-04978-CS

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties, that the above-captioned action be dismissed in its entirety, with prejudice, with no award of counsel fees or costs by the Court to either side.

Dated: New York, New York
       August 11, 2017

LOUIS GINSBERG, P.C.
*ATTORNEYS FOR PLAINTIFF*

By: /s/ _____
    Louis Ginsberg, Esq.
    1613 Northern Blvd.
    Roslyn, New York 11576
    Telephone: (516) 625-0105

Dated: 8/11, 2017

SEYFARTH SHAW LLP
*ATTORNEYS FOR DEFENDANT*

By: /s/ _____
    Gina R. Merrill, Esq.
    620 Eighth Avenue
    New York, New York 10018
    Telephone: (212) 218-5500

Dated: 8/24, 2017

The Clerk shall close the case.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

August 29, 2017

6